FILED
Apr 10, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>MICHAEL KULIKOFF<br><br>           Defendant, | CASE NO.  1:25-cr-00074-KES-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 10, 2025 charging the above defendant with violations of Count One: 18 U.S.C. § 371 – Conspiracy to Transport and Cause to Be Transported a Hazardous Waste Without a Manifest; Count Two: 42 U.S.C. §§ 6928(d)(5) and 6928(e) – Transportation of Hazardous Waste Without a Manifest; Knowing Endangerment of Others; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been

given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Dated: April 10, 2025

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

By   /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: April 10, 2025

SHEILA K. OBERTO
U.S. Magistrate Judge

Motion to Seal Indictment                       2